MAGAPP

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (McAllen)
## CRIMINAL DOCKET FOR CASE #: 7:06-mj-04806 All Defendants

Case title: USA v. Cleveland CVB Viol No. Loc. ST23 W0889336    Date Filed: 06/01/2006

Assigned to: Magistrate Judge Dorina Ramos

**Defendant**

**Michael T. Cleveland** (1)   represented by   **Marisa Y Salazar**
Civil Rights Legal Defense Ed Fund Inc
519 Culebra Rd
San Antonio, TX 78201
210-334-5209
Fax: 210-736-1367
Email: ndmouse@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Milo L. Colton**
Civil Rights Legal Defense
519 Culebra Rd
San Antonio, TX 78201
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| | **DEFENDANTS' EXHIBIT 1** |

| Possess, Sell (offer), and transport migratory birds, their parts, or eggs, without authorization | $200 Fine and $25 Processing Fee; Total amount due: $225. |

**Plaintiff**

USA  represented by **Elinor Colbourn**
Dept of Justice
601 D. Street N.W.
District of Columbia, WA 20004
202-305-0205
Fax: 202-305-0397
Email: elinor.colbourn@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Thomas Schammel**
US Attorneys Office
1701 W Business 83
Ste 600
McAllen, TX 78501
956-618-8010
Fax: 956-618-8009
Email: steven.schammel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2007 | 74 | Defendant's BRIEF by Michael T. Cleveland re 72 Appeal of Magistrate Judge Decision to District Court, 62 Appeal of Magistrate Judge Decision to District Court,filed.(Salazar, Marisa) (Entered: 04/12/2007) |
| 03/29/2007 | 73 | RESPONSE by USA as to Michael T. Cleveland re 72 Appeal of Magistrate Judge Decision to District Court, filed.(Colbourn, Elinor) (Entered: 03/29/2007) |
| 03/01/2007 | 72 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Michael T. Cleveland re 57 Judgment - PO Cases, 58 Judgment - PO Cases,filed.(Salazar, Marisa) (Entered: 03/01/2007) |
| 01/29/2007 | 68 | ORDER SETTING BRIEFING SCHEDULE AND ORAL ARGUMENT; granting 67 Agreed Stipulated Briefing Schedule and Joint Motion to Appear Telephonically or in the Alternative Cancel the Scheduling Conference as to Michael T. Cleveland, Motions terminated 67 Agreed MOTION filed by USA. Miscellaneous Hearing (ORAL ARGUMENTS HEARING) set for 5/17/2007 at 09:30 AM before Judge Randy Crane..... Ordered the parties shall submit their briefs as follows: Appellant's Brief due March 2, 2007; Appellee's Response due 3/30/7; Appellant's Reply due April 13, 2007. ( Signed by Judge Randy Crane ). Parties notified. (cjones, ) (Entered: 01/31/2007) |
| | | **DEFENDANTS' EXHIBIT 1** |

| | | |
|---|---|---|
| 01/26/2007 | 67 | Agreed MOTION Adopt proposed briefing schedule, cancel scheduling conference *or allow counsel to appear telephonically* by USA as to Michael T. Cleveland, filed. (Attachments: # 1 Proposed Order)(Colbourn, Elinor) (Entered: 01/26/2007) |
| 01/18/2007 | 71 | TRANSCRIPT as to Michael T. Cleveland re: Bench Trial held on November 2, 2006 before Judge Dorina Ramos. ERO: Candy Jones. Transcript is available for viewing in the office of the clerk, filed. (Attachments: # (1) Continuation Transcript# (2) Continuation Transcript# (3) Continuation Transcript# (4) Continuation Transcript) (cjones, ) (Entered: 02/05/2007) |
| 01/11/2007 | 65 | ORDER granting 63 Order on Motion to Stay as to Michael T. Cleveland (1). (Signed by Judge Randy Crane.) Parties notified.(cjones, ) (Entered: 01/11/2007) |
| 01/10/2007 | 70 | TRANSCRIPT as to Michael T. Cleveland re: Clarification and Scheduling Conflict held on November 1, 2006 before Judge Dorina Raoms. ERO: Candy Jones. Transcript is available for viewing in the office of the clerk, filed. (cjones, ) (Entered: 02/05/2007) |
| 01/10/2007 | 69 | TRANSCRIPT as to Michael T. Cleveland re: Final Pretrial - CVB Bench Trial Motions Hearing held on November 1, 2006 before Judge Dorina Ramos. ERO: Candy Jones. Transcript is available for viewing in the office of the clerk, filed. (cjones, ) (Entered: 02/05/2007) |
| 01/10/2007 | 66 | ORDER SETTING HEARING ON SCHEDULING CONFERENCE as to Michael T. Cleveland..... Scheduling Conference set for 1/31/2007 at 02:00 PM before Judge Randy Crane.( Signed by Judge Randy Crane ). Parties notified. (eleandro, ) (Entered: 01/11/2007) |
| 12/08/2006 | 64 | MOTION to Proceed In Forma Pauperis by Michael T. Cleveland, filed. (Attachments: # 1 Affidavit Accompanying Motin for Permsision to Appeal In Forma Pauperis)(magarza, ) (Entered: 12/11/2006) |
| 12/08/2006 | 63 | MOTION Requesting Stay of Execution of Fine & Processing Fee by Michael T. Cleveland, filed. (Attachments: # 1 Copy of Judgment# 2 Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis)(magarza, ) (Entered: 12/11/2006) |
| 11/09/2006 | 62 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Michael T. Cleveland ,filed.(cjones, ) (Entered: 11/28/2006) |
| 11/08/2006 | 61 | LETTER as to Michael T. Cleveland re: Defendant's Notice of Appeal to USDC , filed. (cjones, ) (Entered: 11/28/2006) |
| 11/07/2006 | 60 | NOTICE OF APPEAL to the Fifth Circuit of Appeals on defendant's conviction, judgment and sentence of 11/2/6 as to Michael T. Cleveland: (erroneously filed with Fifth Circuit), filed. (cjones, ) (Entered: 11/28/2006) |
| 11/07/2006 | 59 | LETTER as to Michael T. Cleveland re: Defendant's Notice of Appeal , filed. (cjones, ) (Entered: 11/27/2006) |
| 11/02/2006 | 58 | PETTY OFFENSE DOCKET SHEET AND JUDGMENT ORDER as to Michael T. Cleveland ( Signed by Judge Dorina Ramos ). Parties notified. (cjones, ) (Entered: 11/08/2006) |
| | | **DEFENDANTS' EXHIBIT 1** |

| | | |
|---|---|---|
| 11/02/2006 | 57 | JUDGMENT as to Michael T. Cleveland ; Judgment is for fine of $200 and $25 special assessment fee; ( Signed by Judge Dorina Ramos ). Parties notified. (cjones, ) (Entered: 11/08/2006) |
| 11/02/2006 | | Minute Entry for proceedings held before Judge Dorina Ramos : ARRAIGNMENT and BENCH TRIAL as to Michael T. Cleveland (1) held on 11/2/2006. Court advised parties of a run-in situation with Agent Alejandro Rodriguez this morning at the gym. Both parties had no objection with the situation. Deft was also asked if he had any objection to yesterday's clarification of the scheduling order, since he was not present at the hearing. Deft advised that he had no objection. Not Guilty plea entered on Violation Notice. Rule Invoked. Opening statements of counsel. Government calls witnesses: 1. Jeff Haskins, 2. Agent Alejandro Rodriguez, 3. Dr. Pepper W. Trail. Defense calls witness: 1. Reverend Robert Soto. Bench Trial recessed for lunch until 2:30 P.M. Bench Trial resumed. Defendant calls witnesses: 2. Edith Clark, 3. Linda R. Cleveland. Closing arguments. 17 MOTION to Suppress by Deft is denied. 32 MOTION in Limine by USA No. 5 is denied as moot. Court finds Deft GUILTY of Violation. Sentenced: $200.00 Fine and $25 Processing Fee; Total amount due: $225.00; to be paid by in monthly installments of $50, starting 12/1/2006. Deft advised of his right to appeal. Appearances:Steven Schammel, AUSA; Milo L. Colton and Marissa Salazar, f/Deft.(ERO:Candy Jones) (Interpreter:Not used) , filed.(lcorbett, ) (Entered: 11/03/2006) |
| 11/02/2006 | 56 | EXHIBIT LIST as to Michael T. Cleveland, filed. (cjones, ) (Entered: 11/03/2006) |
| 11/02/2006 | 53 | ORDER granting in part and denying in part 32 Motion in Limine as to Michael T. Cleveland (1); granting in part #1, granting #2, granting #3, granting #4, held in abeyance #5 on 11/1/6, and then denying as moot #5 on 11/2/6.(Signed by Judge Dorina Ramos.) Parties notified.(cjones, ) (Entered: 11/03/2006) |
| 11/02/2006 | 52 | ORDER denying 17 Motion to Suppress as to Michael T. Cleveland (1).(Signed by Judge Dorina Ramos.) Parties notified.(cjones, ) (Entered: 11/03/2006) |
| 11/02/2006 | 51 | ORDER granting 37 Motion to Compel Discovery to the extent as noted on the record as to Michael T. Cleveland (1).(Signed by Judge Dorina Ramos.) Parties notified.(cjones, ) (Entered: 11/03/2006) |
| 11/02/2006 | 50 | ORDER granting 40 Motion to Recess Trial for Government's scheduling conflict as to Michael T. Cleveland (1); .(Signed by Judge Dorina Ramos.) Parties notified. (cjones, ) (Entered: 11/03/2006) |
| 11/01/2006 | 49 | ORDER granting 39 Motion for Leave to File Motion to Recess Trial as to Michael T. Cleveland (1).(Signed by Judge Dorina Ramos.) Parties notified.(lcorbett, ) (Entered: 11/02/2006) |
| 11/01/2006 | | Minute Entry for proceedings held before Judge Dorina Ramos :HEARING re: Clarification of Scheduling Order as to Michael T. Cleveland held on 11/1/2006. Court advised parties that it had just been informed that the ORDER granting in part and denying in part the Motion to Continue had just been docketed today. Court inquired of the parties if more time was needed on said motion. Parties advised that they did not need anymore time and are ready for trial. Bench Trial set for tomorrow at 10:00 a.m. Appearances:Steven Schammel, AUSA; Milo L. Colton and Marisa Salazar, f/Deft.(ERO:Candy Jones) (Interpreter:Not used). , filed.(lcorbett, ) Modified on 11/2/2006 (lcorbett, ). (Entered: 11/01/2006) |

**DEFENDANTS' EXHIBIT 1**

| | | |
|---|---|---|
| 11/01/2006 | | Minute Entry for proceedings held before Judge Dorina Ramos : PRETRIAL HEARING as to Michael T. Cleveland held on 11/1/2006. Parties argued: re 32 MOTION in Limine by USA; No. 1: granted to the extend that Defense may question the agent as to the incident information only, but no argument regarding the eagle feather issues; No. 2: granted; No. 3: granted; No. 4: granted; No. 5: withheld; Defense counsel will be allowed to question Catherine Dodd to determine if she will testify as an expert; 42 AMENDED MOTION to Compel Discovery by Deft; 1,2,3,4: denied; 5,6,7,8: granted to the extent that only Brady and Rule 16 material concerning the Deft are to be disclosed; 9: granted as to any cover letters submitted with the lab evidence; 10: denied. 17 MOTION to Suppress by Deft; motion carried along to hear evidence during the trial. Bench Trial set for tomorrow at 10:00 a.m. Court grants Mr. Schammel's motion to recess trial at 2:00 p.m., if still in session. Appearances:Steven Schammel, AUSA; Milo L. Colton and Marisa Salazar, f/Deft. (ERO:Candy Jones) (Interpreter:Not used) , filed.(lcorbett, ) Modified on 11/1/2006 (lcorbett, ). Modified on 11/2/2006 (lcorbett, ). (Entered: 11/01/2006) |
| 10/31/2006 | | Attorney update in case as to Michael T. Cleveland. Attorney Elinor Colburn for USA added. (cjones, ) (Entered: 11/01/2006) |
| 10/31/2006 | | Attorney update in case as to Michael T. Cleveland. Attorney Marisa Y Salazar for Michael T. Cleveland added. (cjones, ) (Entered: 11/01/2006) |
| 10/31/2006 | 47 | ORDER granting 46 Motion for Leave to File Motion for Pro Hac Vice Admission for Marisa Y. Salazar as to Michael T. Cleveland (1).(Signed by Judge Dorina Ramos.) Parties notified.(cjones, ) (Entered: 11/01/2006) |
| 10/31/2006 | 46 | MOTION for Leave to File Motion for Pro Hac Vice Admission for Marisa Y. Salazar by Michael T. Cleveland, filed. (cjones, ) Modified on 11/1/2006 (cjones, ). (Entered: 11/01/2006) |
| 10/31/2006 | 45 | ORDER granting 38 Motion to Appear Pro Hac Vice for Elinor Colburn as to Michael T. Cleveland (1).(Signed by Judge Dorina Ramos.) Parties notified. (cjones, ) (Entered: 11/01/2006) |
| 10/31/2006 | 44 | ORDER granting 36 Motion to Appear Pro Hac Vice for Marisa Y. Salazar as to Michael T. Cleveland (1).(Signed by Judge Dorina Ramos.) Parties notified. (cjones, ) (Entered: 11/01/2006) |
| 10/31/2006 | 43 | ORDER granting 35 Government's Motion for Co-Counsel to Appear Telephonically for Hearing as to Michael T. Cleveland (1).(Signed by Judge Dorina Ramos.) Parties notified.(cjones, ) (Entered: 11/01/2006) |
| 10/31/2006 | 42 | Amended MOTION to Compel Discovery by Michael T. Cleveland, filed. (Attachments: # 1 Order)(cjones, ) Modified on 11/1/2006 (cjones, ). (Entered: 11/01/2006) |
| 10/31/2006 | 41 | LETTER as to Michael T. Cleveland re: Amended Motion to Compel Discovery from the US Fish and Wildlife Service; and Order for the same, filed. (cjones, ) (Entered: 11/01/2006) |
| 10/31/2006 | 40 | MOTION Recess of Trial re 39 MOTION for Leave to File Motion to Recess Trial by USA as to Michael T. Cleveland, filed. (Attachments: # 1 Supplement) (Schammel, Steven) (Entered: 10/31/2006) |
| | | **DEFENDANTS' EXHIBIT 1** |

| 10/31/2006 | 39 | MOTION for Leave to File Motion to Recess Trial by USA as to Michael T. Cleveland, filed. (Attachments: # 1 Proposed Order)(Schammel, Steven) (Entered: 10/31/2006) |
|---|---|---|
| 10/30/2006 | 38 | MOTION for Elinor Colbourn to Appear Pro Hac Vice by USA as to Michael T. Cleveland, filed. (vvasquez, ) (Entered: 10/31/2006) |
| 10/27/2006 | 37 | MOTION to Compel Discovery from U.S. Fish and Wildlife Service by Michael T. Cleveland, filed. (vvasquez, ) (Entered: 10/31/2006) |
| 10/27/2006 | 36 | MOTION for Marisa Y. Salazar to Appear Pro Hac Vice by Michael T. Cleveland, filed. (vvasquez, ) (Entered: 10/31/2006) |
| 10/26/2006 | 35 | MOTION for Hearing *to Held Telephonically as to Ms. Elinor Colbourn* by USA as to Michael T. Cleveland, filed. (Attachments: # 1)(Schammel, Steven) (Entered: 10/26/2006) |
| 10/26/2006 | 34 | Unopposed MOTION for Leave to File by USA as to Michael T. Cleveland, filed. (Attachments: # 1 Proposed Order)(Schammel, Steven) (Entered: 10/26/2006) |
| 10/24/2006 | 48 | ORDER granting in part and denying in part 33 Motion to Continue as to Michael T. Cleveland (1); Ordered that the Pretrial hearing is set for 11/1/6 @ 2:00 p.m. and the Trial is set for 11/2/6 @ 10:00 a.m.(Signed by Judge Dorina Ramos.) Parties notified.(cjones, ) (Entered: 11/01/2006) |
| 10/20/2006 | 33 | UNOPPOSED MOTION to Continue Trial and Set Pretrial Hearing by USA as to Michael T. Cleveland, filed. (cjones, ) (Entered: 10/24/2006) |
| 10/20/2006 | 32 | MOTION in Limine by USA as to Michael T. Cleveland, filed. (cjones, ) (Entered: 10/24/2006) |
| 10/20/2006 | 31 | RESPONSE by USA to Motion for Discovery as to Michael T. Cleveland , filed. (cjones, ) (Entered: 10/24/2006) |
| 10/13/2006 | 30 | ORDER re Government's Response to Defendant's Various Motions for Discovery and Request for Reciprocal Discovery; it is ORDERED that defendant comply with its statutory obligations under Rule 16, as to Michael T. Cleveland ( Signed by Judge Dorina Ramos ). Parties notified. (cjones, ) (Entered: 10/24/2006) |
| 10/13/2006 | 29 | RESPONSE by USA to Defendant's Various Motions for Discovery and Request for Reciprocal Discovery as to Michael T. Cleveland , filed.(cjones, ) (Entered: 10/24/2006) |
| 10/13/2006 | 28 | ORDER granting 27 Motion for Leave to File United States' Response to Defendant's Various Motions for Discovery and Request for Reciprocal Discovery as to Michael T. Cleveland (1).(Signed by Judge Dorina Ramos.) Parties notified. (cjones, ) (Entered: 10/24/2006) |
| 10/13/2006 | 27 | MOTION for Leave to File United States' Response to Defendant's Various Motions for Discovery and Request for Reciprocal Discovery by USA as to Michael T. Cleveland, filed. (cjones, ) (Entered: 10/24/2006) |
| 10/06/2006 | 26 | ORDER denying 25 Motion to Continue as to Michael T. Cleveland (1).(Signed by Judge Dorina Ramos.) Parties notified.(cjones, ) (Entered: 10/24/2006) |
| | | **DEFENDANTS' EXHIBIT 1** |

| 10/06/2006 | 25 | UNOPPOSED MOTION to Continue Trial by Michael T. Cleveland, filed. (cjones, ) (Entered: 10/24/2006) |
|---|---|---|
| 10/06/2006 | 24 | ORDER granting 23 Motion for Discovery as to Michael T. Cleveland (1).(Signed by Judge Dorina Ramos.) Parties notified.(cjones, ) (Entered: 10/24/2006) |
| 10/06/2006 | 23 | MOTION for Discovery by Michael T. Cleveland, filed. (cjones, ) (Entered: 10/24/2006) |
| 10/06/2006 | 22 | ORDER granting 21 Motion for Leave to Discovery as to Michael T. Cleveland (1).(Signed by Judge Dorina Ramos.) Parties notified.(cjones, ) (Entered: 10/24/2006) |
| 10/06/2006 | 21 | MOTION for Leave to File Motion for Discovery by Michael T. Cleveland, filed. (cjones, ) (Entered: 10/24/2006) |
| 10/06/2006 | 20 | LETTER as to Michael T. Cleveland re: Motion for Leave to File Discovery, Motion for Discovery, and Motion for Continuance, and Orders for the same , filed. (cjones, ) (Entered: 10/24/2006) |
| 09/14/2006 | 19 | RESPONSE in Opposition by USA as to Michael T. Cleveland re 17 MOTION to Suppress any and all evidence acquired by the government as a result of an illegal search and seizure , filed. (Attachments: # 1 attachment)(cjones, ) (Entered: 10/24/2006) |
| 09/01/2006 | 18 | MEMORANDUM in Support by Michael T. Cleveland re 17 MOTION to Suppress any and all evidence acquired by the government as a result of an illegal search and seizure , filed.(cjones, ) (Entered: 10/24/2006) |
| 09/01/2006 | 17 | MOTION to Suppress any and all evidence acquired by the government as a result of an illegal search and seizure by Michael T. Cleveland, filed. (cjones, ) (Entered: 10/24/2006) |
| 09/01/2006 | 16 | LETTER as to Michael T. Cleveland re: Motion to Suppress, Memorandum in Support of Defendant's Motion to Suppress, and an Order for the same , filed. (cjones, ) (Entered: 10/24/2006) |
| 08/22/2006 | 15 | LETTER as to Michael T. Cleveland re: Motion for Leave to Modify Scheduling Order, Memorandum in Support of Defendant's Motion for Leave to Modify Scheduling Order, and an Order for the same , filed. (cjones, ) (Entered: 10/24/2006) |
| 08/21/2006 | 14 | SCHEDULING ORDER as to Michael T. Cleveland. Dispositive Motion Filing due by 9/4/2006 Responses due by 9/22/2006 Bench Trial set for 11/1/2006 at 02:00 PM before Magistrate Judge Dorina Ramos( Signed by Judge Dorina Ramos ). Parties notified. (cjones, ) (Entered: 10/24/2006) |
| 08/21/2006 | 13 | ORDER granting 11 Motion to Modify Scheduling Order as to Michael T. Cleveland (1).(Signed by Judge Dorina Ramos.) Parties notified.(cjones, ) (Entered: 10/24/2006) |
| 08/21/2006 | 12 | MEMORANDUM in Support by Michael T. Cleveland re 11 MOTION for Leave to Modify Scheduling Order, filed.(cjones, ) (Entered: 10/24/2006) |
| 08/21/2006 | 11 | MOTION for Leave to to Modify Scheduling Order by Michael T. Cleveland, filed. (cjones, ) (Entered: 10/24/2006) |
| | | **DEFENDANTS' EXHIBIT 1** |

| | | |
|---|---|---|
| 08/18/2006 | 10 | ORDER granting 9 Unopposed Motion to Continue as to Michael T. Cleveland ; Court grants continuance for trial on the merits and trial is now set for 11/1/6 @ 2:00 p.m. (1).(Signed by Judge Dorina Ramos.) Parties notified.(cjones, ) (Entered: 10/24/2006) |
| 08/18/2006 | 9 | MOTION to Continue Trial by USA as to Michael T. Cleveland, filed. (cjones, ) (Entered: 10/24/2006) |
| 08/07/2006 | 8 | LETTER as to Michael T. Cleveland re: Motion for Continuance, Memorandum in Support of Defendant's Motion for Continuance, and an Order for the same , filed. (cjones, ) (Entered: 10/24/2006) |
| 08/04/2006 | 4 | SCHEDULING ORDER as to Michael T. Cleveland. Dispositive Motion Filing due by 8/18/2006 Responses due by 9/7/2006 Bench Trial set for 10/5/2006 at 02:00 PM before Magistrate Judge Dorina Ramos( Signed by Judge Dorina Ramos ). Parties notified. (cjones, ) (Entered: 10/24/2006) |
| 08/02/2006 | 7 | ORDER granting 5 Motion to Continue as to Michael T. Cleveland ; Court grants the motion and continues this case for 60 days, until 10/5/6 (1).(Signed by Judge Dorina Ramos.) Parties notified.(cjones, ) (Entered: 10/24/2006) |
| 08/02/2006 | 6 | MEMORANDUM in Support by Michael T. Cleveland re 5 MOTION to Continue this Case , filed.(cjones, ) (Entered: 10/24/2006) |
| 08/02/2006 | 5 | MOTION to Continue Case by Michael T. Cleveland, filed. (cjones, ) (Entered: 10/24/2006) |
| 08/02/2006 | 3 | ORDER granting 2 Motion to Appear Pro Hac Vice as to Michael T. Cleveland (1).(Signed by Judge Dorina Ramos.) Parties notified.(cjones, ) (Entered: 10/24/2006) |
| 08/02/2006 | 2 | MOTION for Milo Colton to Appear Pro Hac Vice by Michael T. Cleveland, filed. (cjones, ) Modified on 10/24/2006 (cjones, ). (Entered: 10/24/2006) |
| 03/11/2006 | 1 | COMPLAINT as to Michael T. Cleveland (1), filed. (cjones, ) (Entered: 10/24/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/09/2007 17:08:47 | | | |
| **PACER Login:** | us3079 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 7:06-mj-04806 |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |

**DEFENDANTS' EXHIBIT 1**