UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MC ALLEN GRACE BRETHREN CHURCH, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 07-CV-060 |
| United States Attorney General, Alberto Gonzales, et al., | ) ) ) ) | **[Proposed] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| Defendants. | ) ) | |

    Pursuant to Fed. R. Civ. P. 12, and in consideration of Defendants' Motion to Dismiss, any responses and replies thereto, the Court issues the following order:

    IT IS ORDERED that Defendants' Motion to Dismiss is hereby GRANTED.

    IT IS FURTHER ORDERED that Plaintiffs' Complaint in the above-styled and numbered cause be, and it is hereby, DISMISSED

Dated this _____ day of _____, 2007.


_____
United States District Judge