IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MC ALLEN GRACE BRETHREN CHURCH, et al., | § § § | |
| Plaintiffs, | § § | Case No. 7:07-cv-60 |
| v. | § § § | **NOTICE REGARDING AMENDED COMPLAINT** |
| KEN SALAZAR, Secretary of the Department of the Interior | § § § § | |
| Defendant. | § | |

Defendant by and through undersigned counsel provides the Court and the parties in this action the following notice regarding Plaintiffs' Amended Complaint:

1. This Court stayed this action on July 5, 2007, because of the existence of a pending parallel criminal proceeding involving the same set of operative facts. *See* Minute Entry on Docket Sheet.

2. The parallel criminal case, *United States of America v. Cleveland,* 7:06-mj-04806 (S.D. Tex.), has yet to be resolved and this case remains stayed.

3. On March 12, 2009, Plaintiffs filed an Amended Complaint, Doc. No. 11, and a Motion to Set Aside Continuance of Status Conference, Doc. No. 12, wherein Plaintiffs request that the stay of this action be lifted.

4. Defendant's position is that this matter should remain stayed. Defendant will fully respond to the Motion to Set Aside Continuance of the Status Conference within the time provided by the Local Rules.

5. Defendant will file a response to Plaintiffs' amended complaint when this matter is no longer stayed.

Dated this 23rd day of March, 2009.

                                          Respectfully Submitted,

                                          TIM JOHNSON
                                          ACTING UNITED STATES ATTORNEY

                                          *s/Jimmy A. Rodriguez*
                                          JIMMY A. RODRIGUEZ
                                          Assistant United States Attorney
                                          Southern District of Texas
                                          Texas Bar No. 24037378
                                          Federal ID No. 572175
                                          919 Milam, Suite 1500
                                          P.O. Box 61129
                                          Houston, Texas 77208
                                          Tel: (713) 567-9532
                                          Fax: (713) 718-3303

                                        **Certificate of Service**

      I hereby certify that a true and correct copy of the foregoing was served on the following via the Court's Electronic Case Filing System:

Marisa Y. Salazar
Civil Rights Legal Defense & Edu. Fund, Inc.
519 Culebra Road
San Antonio, Texas 78201
Telephone: 210-334-5209

                                          *s/ Jimmy A. Rodriguez*
                                          JIMMY A. RODRIGUEZ
                                          Assistant United States Attorney