| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

McALLEN GRACE BRETHREN CHURCH; ET AL     §

versus     §     CIVIL ACTION No. 7:07-060

U.S. ATTORNEY GENERAL; ET AL     §

## ORDER STRIKING DOCUMENT

The Clerk has filed your <u>Opposed Motion to Stay (D.E. #14)</u>; however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ❏ Document is not signed (L.R. 11.3).

2. ❏ Document does not comply with L.R.11.3.A.

3. ❏ Caption of the document is incomplete (L.R.10.1).

4. ❏ No certificate of service or explanation why service is not required (L.R. 5.3).

5. **X** Motion does not comply with L.R.7

     a. ❏ No statement of opposition or non-opposition (L.R. 7.1.D(2)).

     b. ❏ No statement of conference between counsel (L.R. 7.1.D(1)).

     c. **X** No separate proposed order attached (L.R. 7.1.C).

6. ❏ Motion to consolidate does not comply with L.R.7.6.

7. ❏ Other: _____

Date: 4/27/09

The document is stricken from the record.

HONORABLE RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE