# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MC ALLEN DIVISION

| | | |
|---|---|---|
| Mc Allen Grace Brethren Church, Native American New Life Center, San Antonio Indian Fellowship; South Texas Indian Dancers Association; Linda Cleveland, Individually; Michael Cleveland, Individually; Edith Clark, Individually and as council member of Native American New Life Center; William Clark, Individually, and as member of Native American New Life Center; Kathryn Dodd, Individually and as member of Native American New Life Center and South Texas Indian Dancers Association; Carrie Felps, Individually; Homer Hinojosa, III, Individually and as member of Mc Allen Grace Brethren Church, San Antonio Indian Fellowship, and South Texas Indian Dancers Association; Nancy Hollingworth, as member of Native American New Life Center; Lucian Oden, as member of San Antonio Indian Fellowship; Xavier Sanchez, as member of San Antonio Indian Fellowship; and Pastor Robert Soto, Individually, and on behalf of Mc Allen Grace Brethren Church, Native American New Life Center, San Antonio Indian Fellowship, and South Texas Indian Dancers Association,<br><br>    Plaintiffs,<br>V.<br><br>U.S. Attorney General, AlbertoGonzalez; U.S. Secretary of Dept. of Interior, Dirk Kempthorne; U.S. Fish and Wildlife Service (USFWS), Dir. H. Dale Hall; U.S. Chief of the Office of Law Enforcement (OLE) for the USFWS, Kevin R. Adams; Special Agent in Charge, OLE, Region Two, USFWS, Benjamin Tuggle; Special Agent in Charge, OLE, Region Two, USFWS, Richard | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 7:07-CV-060 |

| | |
|---|---|
| McDonald; U.S. Attorney, So. Dist. of Texas, | § |
| Donald J. DeGabrielle, Jr.; Resident Special | § |
| Agent in Charge, USFWS Office of Criminal | § |
| Investigation, Gary Young; U.S. Field Solicitor, | § |
| Martin Steinmetz, | § |
| Defendants. | § |

## MOTION FOR LEAVE TO AMEND COMPLAINT (UNOPPOSED)

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Mc Allen Grace Brethren, et. al., hereby respectfully moves the Court for leave to file an AMENDED COMPLAINT, a copy of which is attached hereto.[1] These amendments are necessary due to the lapse of time since this cause was first filed in March of 2007. The AMENDED COMPLAINT removes all defendants except the U.S. Department of Interior, Ken Salazar in his official capacity. The AMENDED COMPLAINT adds two Plaintiffs to the case name who were included in the original complaint, but were left off the heading. These Plaintiffs are Michael Russell and Veronica Russell. The AMENDED COMPLAINT removes Plaintiff Kathryn Dodd as she is now deceased. The AMENDED COMPLAINT changes the title by removing "for declaratory relief". The AMENDED COMPLAINT removes the Count regarding a fourth amendment violation and its relevant language and maintains all other allegations of the original complaint. The AMENDED COMPLAINT updates the administrative process followed by Plaintiffs Soto and Russell since the filing of this cause. The AMENDED COMPLAINT updates statistics and any changes in case law. Counsel for plaintiffs has conferred with counsel for the defendants and is authorized to state that the original defendants do not oppose this motion.

---

[1] Rule 15 provides that a party may amend its pleadings once as a matter of course at any time before a responsive pleading is served; "otherwise, a party may amend the party's pleading only by leave of court…and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15. As a Defendant has filed responsive pleadings, leave of Court is required.

DATE: March 23, 2012                    Respectfully submitted,

                                               /s/ Marisa Y. Salazar_____
                                               Marisa Y. Salazar, Regional Counsel
                                               ATTORNEY IN CHARGE FOR PLAINTIFFS
                                               New Mexico Bar No: 25887
                                               Dr. Milo Lone-Eagle Colton, Regional Counsel
                                               Nebraska Bar No: 19693
                                               Civil Rights Legal Defense & Edu. Fund, Inc.
                                               519 Culebra Road
                                               San Antonio, Texas 78201
                                               Telephone: 210-334-5209
                                               Fax: 210-492-1601

## CERTIFICATE OF SERVICE

      This is to certify that on March 27, 2012, the attached Motion for Leave to File First Amended Complaint for Declaratory Relief with attachments was filed electronically. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system, including the Counsel listed below.  Parties may access this filing through the Court's system.

Jimmy Rodriguez
Assistant U.S. Attorney
Southern District of Texas
919 Milam, Suite 1500
P.O. Box 61129
Houston, TX 77208
**Attorney for Defendants**                                       \_/s/Marisa Y. Salazar_____
                                                                         Attorney for Plaintiffs