DAVID DEWHURST
LIEUTENANT GOVERNOR

JOE STRAUS
SPEAKER OF THE HOUSE

# LEGISLATIVE REFERENCE LIBRARY

MARY L. CAMP
DIRECTOR

July 11, 2011

I, DONALD R. BROWER, Program Specialist, of the Legislative Reference Library, DO HEREBY CERTIFY that the attached pages are a true and correct copy of the Enrolled Version for House Resolution 812, 81st Legislature, Regular Session, 2009, on file with the Legislative Reference Library and that I am the lawful possessor and have legal custody of said record.

_____
Donald R. Brower, Program Specialist
Legislative Reference Library

STATE OF TEXAS
COUNTY OF TRAVIS

On this the 11th day of July 2011, I certify that Donald R. Brower has the official capacity stated above and that the above signature is genuine.

_____
Julia A. Walden, Notary Public
in and for the State of Texas



JULIA A. WALDEN
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-04-2014
NOTARY WITHOUT BOND

Ex. B

PO BOX 12488    AUSTIN, TEXAS 78711-2488    (512) 463-1252

**ENROLLED**

H.R. No. 812

RESOLUTION

1   WHEREAS, The House of Representatives of the State of Texas
2   is pleased to recognize the Lipan Apache Tribe of Texas; and
3   WHEREAS, The Lipan Apache Tribe of Texas is the present-day
4   incarnation of the clans, bands, and divisions historically known
5   as the Lipan Apaches, who have lived in Texas and northern Mexico
6   for 300 years; and
7   WHEREAS, The Lipan Apaches have a culture rich in tradition
8   and a heritage that has been handed down from one generation to the
9   next; they have maintained their sense of community from the days of
10  treaties until the present day despite social, economic, and
11  military instabilities; and
12  WHEREAS, The Lipan Apaches have enjoyed government to
13  government relations with Spain, Mexico, the Republic of Texas, the
14  United States of America, and the State of Texas; these relations
15  have taken the form of treaties, alliances, and pledges of
16  friendship; and
17  WHEREAS, The Lipan Apaches have faithfully served when called
18  upon to bear arms in protection of their fellow Texans and
19  Americans; the tribe honors many veterans who served as scouts in
20  World War I, World War II, Korea, Vietnam, and Iraq; the Tribal
21  Shield of the Lipan Apache proudly flies beside the American flag in
22  Afghanistan, where one of the Lipan Apache Tribe of Texas warriors
23  is serving on his second tour; and
24  WHEREAS, The Lipan Apaches of today continue to serve their

H.R. No. 812

1 communities as police officers, ministers, nurses, and school
2 teachers and in many other occupations that speak to integrity and
3 fidelity of service to others; and

4     WHEREAS, The treaty closest to the heart of the Lipan Apache
5 is the Live Oak Treaty of 1838; the promises of "Peace and Perpetual
6 Friendship" live today as they did when President Sam Houston and
7 the Lipan Apache pledged this commitment to one another; now,
8 therefore, be it

9     RESOLVED, That the House of Representatives of the 81st Texas
10 Legislature hereby recognize the Lipan Apache Tribe of Texas and
11 commend it on its many valuable contributions to this state; and, be
12 it further

13     RESOLVED, That a copy of this resolution be prepared for the
14 tribe as an expression of highest esteem from the Texas House of
15 Representatives.

                                              Hunter
                                              Herrero

H.R. No. 812

_____

Speaker of the House

I certify that H.R. No. 812 was adopted by the House on March 18, 2009, by a non-record vote.

_____

Chief Clerk of the House

3