Case 7:07-cv-00060   Document 32-3   Filed on 04/16/12 in TXSD   Page 1 of 2



DAVID DEWHURST  
LIEUTENANT GOVERNOR

JOE STRAUS  
SPEAKER OF THE HOUSE

# LEGISLATIVE REFERENCE LIBRARY

MARY L. CAMP  
DIRECTOR

July 11, 2011

I, DONALD R. BROWER, Program Specialist, of the Legislative Reference Library, DO HEREBY CERTIFY that the attached pages are a true and correct copy of the Enrolled Version for Senate Resolution 438, 81st Legislature, Regular Session, 2009, on file with the Legislative Reference Library and that I am the lawful possessor and have legal custody of said record.

_____  
Donald R. Brower, Program Specialist  
Legislative Reference Library

STATE OF TEXAS  
COUNTY OF TRAVIS

On this the 11th day of July 2011, I certify that Donald R. Brower has the official capacity stated above and that the above signature is genuine.

_____  
Julia A. Walden, Notary Public  
in and for the State of Texas



JULIA A. WALDEN  
NOTARY PUBLIC  
State of Texas  
Comm. Exp. 12-04-2014  
NOTARY WITHOUT BOND

Ex. C

PO BOX 12488    AUSTIN, TEXAS 78711-2488    (512) 463-1252



# The Senate of The State of Texas

### SENATE RESOLUTION NO. 438

WHEREAS, The Senate of the State of Texas is pleased to recognize the Lipan Apache Tribe of Texas; and

WHEREAS, The Lipan Apache Tribe of Texas is the present-day incarnation of the clans, bands, and divisions historically known as the Lipan Apaches, who have lived in Texas and northern Mexico for 300 years; and

WHEREAS, The Lipan Apaches have a culture rich in tradition and a heritage that has been handed down from one generation to the next; they have maintained their sense of community from the days of treaties until the present day despite social, economic, and military instabilities; and

WHEREAS, The Lipan Apaches have enjoyed government to government relations with Spain, Mexico, the Republic of Texas, the United States of America, and the State of Texas; these relations have taken the form of treaties, alliances, and pledges of friendship; and

WHEREAS, The Lipan Apaches have faithfully served when called upon to bear arms in protection of their fellow Texans and Americans; the tribe honors many veterans who served as scouts in World War I, World War II, Korea, Vietnam, and Iraq; the Tribal Shield of the Lipan Apache proudly flies beside the American flag in Afghanistan, where one of the Lipan Apache Tribe of Texas warriors is serving on his second tour; and

WHEREAS, The Lipan Apaches of today continue to serve their communities as police officers, ministers, nurses, and school teachers and in many other occupations that speak to integrity and fidelity of service to others; and

WHEREAS, The treaty closest to the heart of the Lipan Apache is the Live Oak Treaty of 1838; the promises of "Peace and Perpetual Friendship" live today as they did when President Sam Houston and the Lipan Apache pledged this commitment to one another; now, therefore, be it

RESOLVED, That the Senate of the State of Texas hereby recognize the Lipan Apache Tribe of Texas and commend it on its many valuable contributions to this state; and, be it further

RESOLVED, That a copy of this Resolution be prepared for the tribe as an expression of highest esteem from the Texas Senate.

Hinojosa

_____
President of the Senate

I hereby certify that the above Resolution was adopted by the Senate on March 18, 2009.

_____
Secretary of the Senate

_____
Member, Texas Senate