UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

|  |  |
|---|---|
| MC ALLEN GRACE BRETHREN CHURCH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEN SALAZAR, Secretary of the United States Department of the Interior, <br><br> Defendant. | Case No. 7:07-cv-060 |

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

This matter comes before the Court on the Parties Cross Motions for Summary Judgment. Having considered the motions, the Court finds that the following Order should be entered:

It is ORDERED that Defendant's Motion for Summary Judgment is GRANTED and Plaintiffs' Motion for Summary Judgment is DENIED.

DONE on this _____ day of _____, 2012, at McAllen, Texas.

_____
Ricardo H. Hinojosa
Chief U.S. District Judge