# Exhibit A

**Rodriguez, Jimmy (USATXS)**

| | |
|---|---|
| **From:** | Marisa <ndmouse@yahoo.com> |
| **Sent:** | Wednesday, October 10, 2012 2:15 PM |
| **To:** | Rodriguez, Jimmy (USATXS) |
| **Cc:** | Milo Colton |
| **Subject:** | Re: McAllen Grace Brethren -- Amended Summary Judgment |

Hi Jimmy,
Michael Russell is not an enrolled member of any tribe.  Please email or call with anything else you need.
Sincerely,
Marisa Salazar
CRLDEF, Inc.

On Oct 10, 2012, at 1:46 PM, "Rodriguez, Jimmy (USATXS)" <Jimmy.Rodriguez2@usdoj.gov> wrote:

> Marisa,
>
> I had a question about a statement you made in your recent filing.  On page 6 of your amended motion for summary judgment, you state that "Plaintiff Michael Russell is a Muscogee Creek Indian".  But, in your most recent amended complaint, you said that he is of "Creek Indian ancestry", Amended Complaint at p.9.  You also make clear that "Plaintiffs are American Indians as defined under 62 FR 58782 who are not enrolled in federally recognized tribes." Amended Complaint at 21.  Please confirm that Michael Russell not an enrolled member of the Muscogee Creek Indian tribe.  If you claim that he is a member, please let me know if there evidence in the record demonstrating his membership.
>
> Thanks in advance.
>
> --Jimmy
>
> Jimmy A. Rodriguez
>
> Assistant United States Attorney
>
> Southern District of Texas
>
> 1000 Louisiana
>
> Suite 2300
>
> Houston, TX 77002
>
> 713.567.9532 (tel)
>
> 713.718.3303 (fax)