# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| MC ALLEN GRACE BRETHREN CHURCH, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| | ) CIVIL ACTION No. 07:07-060 |
| v. | ) ) Notice of Appeal |
| Department of Interior, U.S. Fish and Wildlife Service, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Mc Allen Grace Brethren Church, et. al., Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final Judgment denying Plaintiffs' Amended Motion for Summary Judgment entered in this action via minute entry on the 14th day of March, 2013 with reference to the Court's reasons stated on the record on the 21st day of February as its basis for its decision.

DATE: March 14, 2013                     Respectfully submitted,

/s/ Marisa Y. Salazar
Marisa Y. Salazar, Regional Counsel
ATTORNEY IN CHARGE FOR PLAINTIFFS
New Mexico Bar No: 25887
Dr. Milo Lone-Eagle Colton, Regional Counsel
Nebraska Bar No: 19693
Civil Rights Legal Defense & Edu. Fund, Inc.
519 Culebra Road
San Antonio, Texas 78201
Telephone: 210-334-5209
Fax: 210-492-1601

CERTIFICATE OF SERVICE

      This is to certify that on March 14, 2013, the attached Notice of Appeal was filed electronically. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system, including the Counsel listed below.  Parties may access this filing through the Court's system.

Jimmy Rodriguez  
Assistant U.S. Attorney  
Southern District of Texas  
919 Milam, Suite 1500  
P.O. Box 61129  
Houston, TX 77208  
Attorney for Defendants                 /s/Marisa Y. Salazar  
                                                      Attorney for Plaintiffs